UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHADRICK CARTER (#303379)**

**VERSUS**

**JASON KENT, ET AL.**

**CIVIL ACTION**

**NO. 18-656-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 7, 2021 (Doc. 22), to which no objection was filed.

**IT IS ORDERED** that the petitioner's application for habeas corpus relief (Docs. 1 and 20) are denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 22, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**